UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,

     Plaintiff,

vs.

PACIFIC GLASS & ALUMINUM, INC.,

     Defendant.

No. C-09-01301 MHP

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter having been assigned to Magistrate Judge Elizabeth D. Laporte pursuant to this District's assignment system and a Report and Recommendation having been filed on August 5, 2009, with respect to plaintiff's motion for default judgment, and having been referred to this court pursuant to Federal Rule of Civil Procedure 72(b) and Civil Local Rule 72-3 in accordance with 28 U.S.C. section 636(b)(1)(B) and (C), and notice having been given of the filing of the Report and Recommendation, and no timely objection having been filed,

IT IS HEREBY ORDERED that the foregoing Report and Recommendation is adopted in its entirety and default judgment is hereby entered as follows:

1) Within twenty (20) days of the date of the filing of this order defendant shall make available to plaintiff all bank records, including copies of checks for the period of April 1, 2006 through June 21, 2008, inclusive.

2) Based upon these records, if submitted, or in the absence of such records, plaintiff shall submit a declaration to this court setting forth:

    a) an itemization of any unpaid contributions calculated from defendant's submissions or, if defendant has failed to comply with paragraph 1 above, plaintiff's best estimate as to such contributions;

    b) the factual basis of plaintiff's legal entitlement to liquidated damages;

    c) the provisions in the Trust Agreement which authorize the requested relief, including but not limited to liquidated damages, and including as exhibits the relevant portions of the Trust Agreement; and

    d) the itemization and calculation of the amount and type of relief authorized by the Trust Agreement.

3) Attorneys' fees and costs are awarded to plaintiff in the amount of $2,464.00 for attorneys' fees and $575.00 for costs.

4) Plaintiff may apply for such other relief as may be justified by statute or the Trust Agreement upon application setting forth the basis for such entitlement and appropriate declaration(s) in support thereof, including any additional attorneys' fees and costs that may have been incurred.

Upon final submission of the above judgment will be entered accordingly.

Date:   November 2, 2009

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California