Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>PACIFIC GLASS & ALUMINUM, INC.,<br><br>Defendant. | Case No.: C09-1301 MHP<br><br>**EX-PARTE REQUEST FOR ENTRY OF DEFAULT JUDGMENT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF** |

I, Muriel B. Kaplan, declare:

1. I am the attorney of record for plaintiffs herein.

2. As the Court's records will reflect, on or about June 26, 2009, Plaintiffs filed their Motion for Default Judgment in the instant action.

3. On November 2, 2009, the Court issued an Order adopting Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, and ordered the Defendant to make certain records available to Plaintiffs within twenty (20) days of the date of the filing of that Order.

4. The November 2, 2009 Order was served upon Defendant on November 6, 2009, and a Proof of Service was filed with the Court the same day.

5. Those twenty days have run, and Defendant has not provided any further

-1-
**EX-PARTE REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**Case No.: C09-1301 MHP**

documents ordered by the Court. On the contrary, Defendant claims that all documents had been made available.

6. Defendant is now employed elsewhere, and Plaintiff Trust Funds' Board of Trustees have decided not to pursue the audit further.

7. Accordingly, Plaintiffs respectfully request Entry of Judgment relative to the attorneys' fee and costs incurred in these proceedings, due to Defendant's failure to comply with Plaintiffs' original request, requiring that this action be filed.

8. Pursuant to paragraph 3 of the Court's November 2, 2009 Order, Plaintiffs were awarded $2,464.00 for attorneys' fees and $575.00 for costs (through May 28, 2009).

9. Additional attorneys' fees in the amount of $1,499.00 were incurred between May 29, 2009 and November 24, 2009 including, but not limited to, conferences with Trust Funds' auditor and administrator; for preparation, filing and service of Plaintiffs' Motion for Default Judgment; for preparation, filing and service of Request to Continue Case Management Conference, as well as Continuance Order; for telephonic appearance at August 4, 2009 Hearing; and for preparation and filing of this Ex-Parte Request to Enter Judgment.

    a. I personally have spent 4.6 hours from May 29, 2009 to November 24, 2009, when my time was billed at the rate of $195.00 per hour in connection therewith. My attorneys' fees were reasonably incurred in the total amount of $897.00.

    b. I am informed and believe that Michele Stafford, a shareholder of this firm, spent .40 hours on August 4, 2009, when her time was billed at the rate of $185.00 per hour, in connection with the above stated activities regarding this matter. The attorneys' fees reasonably incurred by Ms. Stafford therefore total $74.00.

    c. I am informed and believe that Vanessa de Fábrega, a paralegal in this firm, 3.8 hours from May 29, 2009 to November 24, 2009, when her time was billed at the rate of $110.00 per hour, in connection with the above stated activities regarding this matter. The attorneys' fees reasonably incurred by Ms. de Fábrega therefore total $528.00.

10. It is respectfully requested that the Court enter Judgment in the following amount:

///

| | |
|---|---:|
| Attorneys' fees (9/4/08-5/28/09) | $2,464.00 |
| Additional attorneys' fees (5/29/09-11/24/09) | $1,499.00 |
| Costs (to 5/28/09) | $575.00 |
| **TOTAL** | **$4,538.00** |

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: November 24, 2009              Respectfully submitted,

                                     SALTZMAN & JOHNSON
                                     LAW CORPORATION


                                     _____/S/_____
                                     Muriel B. Kaplan
                                     Attorneys for Plaintiffs

IT IS SO ORDERED.

   Judgment is hereby entered against Pacific Glass & Aluminum, Inc. in the amount of $4,538.00, plus post-judgment interest at the legal rate through the date of satisfaction of Judgment.

   It is further Ordered that the Court shall retain jurisdiction over this matter.

Dated: _12/2/2009_____        _____
                                     THE HONORABLE MARILYN H. PATEL
                                     UNITED STATES DISTRICT COURT JUDGE



-3-
**EX-PARTE REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**Case No.: C09-1301 MHP**

P:\CLIENTS\GLACL\Pacific Glass & Aluminum\Pleadings\09-1301 Complaint to Compel Audit 032509\Motion for Default Judgment\C09-1301 MHP Request for Entry of Judgment 112409.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT
CASE NO.: C09-1301 EDL**

P:\CLIENTS\GLACL\Pacific Glass & Aluminum\Pleadings\09-1301 Complaint to Compel Audit 032509\Motion for Default Judgment\C09-1301 MHP Request for Entry of Judgment 112409.DOC